IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lidia Charubin, | : |
| Plaintiff, | : Case No: 3:18-cv-00256 (CSH) |
| v. | : |
| Budney Overhaul & Repair, Ltd. | : December 19, 2018 |
| Defendant. | : |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR ORDER FOR A MENTAL EXAMINATION OF PLAINTIFF**

Plaintiff does not oppose Defendant's request to conduct an independent mental examination of Plaintiff. However, Plaintiff objects to the terms upon which Defendant seeks to conduct said examination for the following reasons.

Defendant seeks to have Dr. Kenneth Selig examine Plaintiff on Wednesday, January 2, 2018, at 11:00 a.m., for 90 minutes, and again on Wednesday, January 9, 2018 at 11:00 am, also for 90 minutes. Plaintiff works until 3:30pm each day. As was the case following the examination sessions conducted by Plaintiff's expert, Plaintiff will almost certainly be too emotionally distressed to return to work on the day(s) of Dr. Selig's examination. Thus, she would have to miss two days of work under Dr. Selig's proposed examination schedule. This is a problem because Plaintiff will already have to take several days off in the coming month to attend depositions. Therefore, if Dr. Selig wants to break up the examination into two separate 90 minute sessions, Plaintiff requests that they be scheduled at 4:00 pm or later. If Dr. Selig can only conduct the examination earlier in the day, Plaintiff requests that he do so in one three-hour session instead.

Respectfully submitted,

*/ s / Mariusz Kurzyna*
Mariusz Kurzyna (ct28940)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240-839-9142
mkurzyna@zagfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/ s / Mariusz Kurzyna*